IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DREW W. PETERSON, | ) |
| Plaintiff, | ) ) ) Case No. 09 C 06746 |
| v. | ) ) ) Hon Judge Ronald A. Guzmán |
| JPMORGAN CHASE BANK, N.A., | ) ) ) Magistrate Judge Nan R. Nolan |
| Defendant. | ) ) |

**JPMORGAN CHASE BANK N.A.'S**
**MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Defendant JPMorgan Chase Bank, N.A. ("Chase") hereby moves pursuant Federal Rule of Civil Procedure 12(b)(6) to dismiss Plaintiff Drew W. Peterson's Amended Complaint. In support of this Motion, Chase states as follows:

1. In its April 29, 2010 Memorandum Opinion and Order, this Court dismissed Plaintiff Drew W. Peterson's original complaint holding that Plaintiff failed to state a plausible claim to relief because, "[t]hough plaintiff alleges that the murder charge does not affect his income, he does not say that his expenses are similarly unaffected." (Docket No. 83, Memorandum Opinion and Order, p. 4.)

2. Plaintiff's Amended Complaint is virtually identical to the dismissed original complaint and attempts to assert claims under the Truth in Lending Act, as well as several other state law claims based on various theories.

3. All of Plaintiff's claims should be dismissed because Plaintiff does not state facts making those claims plausible and because his claims otherwise fail as a matter of law. In fact, the new allegations in Plaintiff's Amended Complaint (Paragraphs 13, 17-20) confirm that the murder charges against Plaintiff have caused a material change in Plaintiff's financial circumstances – Plaintiff admits he has incurred defense costs and will incur more costs in connection with the

upcoming trial.

4. In further support of its Motion to Dismiss, Chase submits the accompanying Memorandum of Law, which is incorporated by reference. Accordingly, Plaintiff's Amended Complaint, and each of its counts, should be dismissed with prejudice.

WHEREFORE, JPMorgan Chase Bank, N.A. respectfully requests that this Court dismiss Plaintiff's Amended Complaint, and each of its counts, and for such further and different relief as this Court deems necessary and just.

Date: May 10, 2010

Respectfully submitted,

JPMORGAN CHASE BANK, N.A.

By: /s/Michael G. Salemi
      One of its attorneys

LeAnn Pedersen Pope (6186058)
Victoria R. Collado (6204015)
Michael G. Salemi (6279741)
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue, 22nd Floor
Chicago, Illinois 60611-3607
Telephone: (312) 840-7000
Facsimile: (312) 840-7900

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on May 10, 2010, a true and correct copy of the foregoing document was filed electronically using the Court's Electronic Case Filing System. A Notice of Electronic Filing will be sent by electronic mail to all counsel of record by operation of the Court's Electronic Filing System.

By: /s/Michael G. Salemi

11912\00082\686778