UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
Eastern Division

Drew W. Peterson
                Plaintiff,

v.                         Case No.: 1:09−cv−06746
                        Honorable Ronald A. Guzman

JPMorgan Chase Bank NA
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 12, 2010:

      MINUTE entry before Honorable Ronald A. Guzman: Notice of motion hearing stricken. Set deadlines as to motion by Defendant JPMorgan Chase Bank NA to dismiss Amended Complaint [87] : Response due by 6/2/2010. Reply due by 6/16/2010. Ruling to be by mail. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.